UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:24-cr-180 |
| | ) | |
| Plaintiff, | ) | JUDGE CHARLES E. FLEMING |
| | ) | |
| v. | ) | |
| | ) | **ORDER ACCEPTING PLEA,** |
| DONALD G. GREENE, II, | ) | **JUDGMENT, AND REFERRAL TO U.S.** |
| | ) | **PROBATION OFFICE** |
| Defendant. | ) | |
| | ) | |

This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge Jonathan D. Greenberg recommending that the Court accept Defendant's guilty plea and enter a finding of guilty. (ECF No. 9). This matter was previously referred to the Magistrate Judge with the consent of the parties. (ECF Nos. 2, 5).

On May 29, 2024, the government issued an information that charged Defendant with one count of operating an unlicensed money transmitting business, in violation of 18 U.S.C. §§ 1960(a) and (b)(1)(B). (ECF No. 1). Defendant subsequently waived his right to prosecution by indictment and consented to prosecution by information. (ECF No. 6).

On June 11, 2024, Magistrate Judge Greenberg held a change of plea hearing, during which the Defendant entered a plea of guilty to the information. (ECF dkt. entry dated June 11, 2024). On the same date, Magistrate Judge Greenberg issued a Report and Recommendation ("R&R") recommending that the Court accept Defendant's guilty plea and enter a finding of guilty. (ECF No. 9).

Any objections to the R&R were due on June 25, 2024. (*Id.* at PageID #38). Neither party submitted any objections.

On review of the record, the Court adopts the R&R. Defendant Greene is found to be

competent to enter a plea and to understand his constitutional rights. He is aware of the charges and of the consequences of entering a guilty plea. He is also aware of the trial rights he waives/gives up by pleading guilty. There is an adequate factual basis for the plea. The Court finds the plea was entered knowingly, intelligently, and voluntarily. The plea is accepted.

Therefore, Defendant Greene is adjudged guilty of Count 1 of the Information, in violation of 18 U.S.C. §§ 1960(a) and (b)(1)(B). This matter was referred to the U.S. Probation Office for the completion of a presentence investigation and report. Sentencing will be held on September 9, 2024 at 10:00 a.m. in Courtroom 17A.

**IT IS SO ORDERED.**

Date: June 26, 2024

_____
**CHARLES E. FLEMING**
**UNITED STATES DISTRICT JUDGE**